UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LARRY JAMES WOLFE, <br><br> Respondent. | Case No. 2:17-cr-00045-BLW <br><br> **ORDER** |

## INTRODUCTION

Before the Court is Larry Wolfe's letter requesting the Court recommend to the BOP that he receive 11 months at a halfway house. Dkt. 50. The Government viewed the request as a motion for compassionate release under 18 U.S.C. 3582(c)(1)(A) and urges the Court to deny it because Wolfe has not exhausted his administrative remedies. Dkt. 52. Wolfe's letter is more properly viewed as a request for a non-binding recommendation to BOP that he spend the remainder of his sentence at a halfway house or residential reentry center. Viewed as such, the Court will grant his request.

## BACKGROUND

Wolfe pled guilty to, and was convicted of, two counts of distribution of a

**ORDER - 1**

controlled substance. *See* Dkt. 49. Wolfe was arrested and charged after selling methamphetamine and heroin to a confidential informant. *Id.* ¶ 8. On December 8, 2017, Wolfe was sentenced to 70 months incarceration. Wolfe is currently serving his sentence at Sandstone FCI, a low security BOP facility. He is scheduled to be released from BOP custody on July 24, 2021. The Government reports that he is scheduled to transition to a residential reentry center (RRC) in February 2021. Dkt. 52 at 2.

During his period of incarceration Wolfe appears to have done very well. He does not have any disciplinary reports and has completed RDAP along with many other classes. *See* Dkt. 50. Notably, he was one of eight inmates selected to participated in a youth awareness program, where he spoke to public high school students about the dangers of drugs. *See id.*

In June 2020, Wolfe's children were removed from their mother's custody and placed in the custody of Coeur d'Alene Tribal Social Services. They are currently residing with their grandfather. *See* Dkt. 50-1. Wolfe seeks placement at a halfway house or RRC so that he can get a job and provide for his children. Wolfe hopes to eventually have them back in his care. Dkt. 50.

## LEGAL STANDARD

Once a defendant is sentenced to BOP custody, BOP has the authority to transfer an inmate to any facility at any time. 18 U.S.C. § 3621(b). BOP also has

**ORDER - 2**

the authority, and discretion, to place a defendant in an RRC or halfway house for the final portion of their incarceration, not to exceed 12 months. § 3624(C). Courts in the Ninth Circuit are generally of the view that § 3621(b)(4) allows a court to make, and BOP to consider, a post-sentencing recommendation for a defendant's placement in a halfway house. *United States v. Qadri*, 2017 WL 1011663, at *2 (D. Haw. Mar. 15, 2017); *United States v. Brattin*, 2016 WL 4467897, at *2 (D. Nev. Aug. 23, 2016). This recommendation does not amend the judgment and is not binding on BOP. *Brattin*, 2016 WL 4467897, at *2.

## ANALYSIS

Wolfe seeks early placement in a halfway house or RRC for an admirable reason – to care for his children. He appears to have performed well while incarcerated. His participation in the youth awareness class – speaking to high school students – speaks both to how BOP views the risk Wolfe poses to the community, and his commitment to live a prosocial life.

The Government does not necessarily oppose his request for early placement in a halfway house or RRC. The Government viewed his motion as a request for compassionate release under § 3582(c)(1)(A).[1] The Government, does not disagree with Wolfe's statements or dispute his conduct while in prison.

---

[1] To the extent Wolfe's request may be viewed as a motion for compassionate release, the Court agrees with the Government that he has not exhausted his administrative remedies.

**ORDER - 3**

Accordingly, the Court will grant Wolfe's request and recommend that BOP allow him to spend the maximum amount of time allowable in appropriate prerelease community confinement including a halfway house, community correctional facility, or RRC.

## ORDER

**IT IS ORDERED** that:

1. Larry Wolfe's request for a recommendation that he be placed in a halfway house (Dkt. 50) is **GRANTED**.

2. The Court **RECOMMENDS** to BOP that Larry Wolfe be placed in a halfway house, RRC, or other appropriate prerelease community confinement, pursuant to 18 U.S.C. 3624(c)(1), for the maximum time allowable.

3. The Government's Motion to Dismiss Petitioner's Request for Compassionate Release (Dkt. 52) is **DENIED AS MOOT**.

DATED: January 4, 2021

B. Lynn Winmill
U.S. District Court Judge